[No. 22336-1-III.   Division Three.   August 16, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. JASON ALLEN GRAHAM, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 02-1-00202-2, Maryann C. Moreno, J., entered August 18, 2003. *Reversed in part* and *remanded with instructions* by unpublished opinion per Kulik, C.J., concurred in by Sweeney and Brown, JJ.

[No. 28717-3-III.   Division Three.   August 16, 2011.]

ROBERT L. PRATT ET AL., *Respondents*, v. JAMES DAVEY ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Spokane County, No. 07-2-04300-9, Maryann C. Moreno, J., entered December 4, 2009. *Affirmed* by unpublished opinion per Siddoway, J., concurred in by Kulik, C.J., and Korsmo, J.

[No. 28878-1-III.   Division Three.   August 16, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID HENDERSHOT, *Appellant*.

Appeal from a judgment of the Superior Court for Stevens County, No. 09-1-00008-0, Allen Nielson, J., entered February 23, 2010. *Affirmed* by unpublished opinion per Siddoway, J., concurred in by Kulik, C.J., and Korsmo, J.

[No. 29369-6-III.   Division Three.   August 16, 2011.]

HALEY E. WEEKES, *Appellant*, v. KITTITAS COUNTY, *Respondent*.

Appeal from a judgment of the Superior Court for Yakima County, No. 09-2-01995-8, Michael G. McCarthy, J., entered September 10, 2010. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Kulik, C.J., and Siddoway, J.